Nathan T. Jackson, Bar No. 285620
njackson@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
400 Capitol Mall, Suite 1260
Sacramento, CA 95814
Telephone:  916-584-7000
Facsimile:   916-584-7083

Attorneys for Defendant CITY OF ROCKLIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| RU HOGAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ROCKLIN, and DOES 1 THROUGH 100,<br><br>　　　　　　Defendants. | Case No.:  2:24-cv-03566-JAM-SCR<br><br>Complaint Filed: November 1, 2023<br>FAC Filed: January 16, 2025<br><br>**[PROPOSED] ORDER GRANTING DAVID MOHLENBROK'S MOTION FOR ATTORNEYS' FEES**<br><br>Date:　　March 11, 2025<br>Time:　　01:00 p.m.<br>Courtroom: 6 |

　　　This matter came on regularly for hearing on March 11, 2025, at 1:00 p.m., in Courtroom 6 of the above-entitled Court on former defendant DAVID MOHLENBROK's ("Mohlenbrok") Motion for Attorneys' Fees. After full consideration of the pleadings and documents submitted by the parties, as well as counsel's oral arguments and good cause appearing, the Court rules as follows:

　　　Mohlenbrok's Motion for Attorneys' Fees and Costs is **GRANTED**. Plaintiff is ordered to pay Mohlenbrok reasonable attorneys' fees in the amount of $15,268.50.

　　　**IT IS SO ORDERED.**

Date: _____
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable John A. Mendez, Senior District Judge