1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    RU HOGAN,                                    No.  2:24-cv-3566 JAM SCR

11               Plaintiff,

12         v.                                       ORDER

13    DAVID MOHLENBOCK, et al.,

14               Defendants.

15

16        This matter is REFERRED to the assigned Magistrate Judge, Sean C. Riordan, for all

17    further proceedings. *See* E.D. Cal. L.R. 302(c)(21). Pursuant to the provisions of Rule 16 of the

18    Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

19        1. A Status (Pretrial Scheduling) Conference is set for May 15, 2025 at 10:00 a.m. at the

20    United States District Court in Courtroom 27.

21        2. Not later than seven (7) days prior to the Status Conference, the parties shall file status

22    reports addressing the following matters:

23              a.  Service of process;

24              b.  Possible joinder of additional parties;

25              c.  Any expected or desired amendment of the pleadings;

26              d.  Jurisdiction and venue;

27              e.  Anticipated motions and their scheduling;

28              f.  The report required by Federal Rule of Civil Procedure 26(f) outlining the

                                              1

1    proposed discovery plan and its scheduling, including disclosure of expert

2    witnesses;

3    g.  Future proceedings, including setting appropriate cut−off dates for discovery and

4    law and motion, and the scheduling of a pretrial conference and trial;

5    h.  Special procedures, if any;

6    i.  Estimated trial time;

7    j.  Modification of standard pretrial procedures specified by the rules due to the

8    simplicity or complexity of the proceedings;

9    k.  Whether the case is related to any other cases, including bankruptcy;

10    l.  Whether a settlement conference should be scheduled; and

11    m.  Any other matters that may add to the just and expeditious disposition of this

12    matter.

13    IT IS SO ORDERED.

14    DATED: April 8, 2025

15

16

17

18

19

20

21

22

23    SEAN C. RIORDAN
    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28